| AO 440 (Rev. 10/93) Summons in a Civil Action | RETURN OF SERVICE |
|---|---|
| SERVICE OF: SUMMONS, COMPLAINT, CIVIL COVER SHEET, NOTICE CONSENT AND REFERENCE OF CIVIL ACTION TO MAGITRATE JUDGE, RECUSAL ORDER, INITIAL ORDER, | |
| EFFECTED (1) BY ME: Daniel Espinoza | |
| TITLE: PROCESS SERVER | DATE: 11-24-10 |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[✓] Served personally upon the defendant:
PROGRESSIVE MANAGEMENT SYSTEMS C/O R.M. GALICIA, INC. by Serving Liz Ricafort, Authorized Agent

Place where served:
1521 W. Cameron Avenue, 1st Floor, West Covina, CA 91791

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Relationship to defendant: _____

Description of person accepting service:

SEX: F  AGE: 40  HEIGHT: 5'2"  WEIGHT: 145  SKIN: White  HAIR: brown  OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ ____.____    SERVICES $ ____.____    TOTAL $ ____.____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 11/24/2010    SIGNATURE OF Daniel Espinoza    L.S.
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY: MARSHALL MEYERS, ESQ
PLAINTIFF: KIMBERLY DRIESEN
DEFENDANT: PROGRESSIVE MANAGEMENT SYSTEMS, ET AL
VENUE: DISTRICT OF AZ
DOCKET: 3 10 CV 8222 JAT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

JSV